# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  10–26963–btb
**Chapter 7**

In re:

    Rainbow Sunset Pavilion Building A, LLC
                           Debtor(s)

---

### ORDER DIRECTING REASSIGNMENT OF CASE TO BANKRUPTCY JUDGE BRUCE T. BEESLEY

Pursuant to the Local Rules 1015(d) and 5075(a)(1)(A), after consultation with and based upon the oral and written directives of Chief Bankruptcy Judge Mike K. Nakagawa, Bankruptcy Judge Linda B. Riegle, and Bankruptcy Judge Bruce A. Markell a percentage of bankruptcy cases pending that were filed in Las Vegas and their related adversary proceedings are to be reassigned to the newly appointed Bankruptcy Judge for the U.S. Bankruptcy Court, District of Nevada, and further pursuant to the delegation of powers and duties given to the Clerk in Local Rule 5075.

IT IS HEREBY ORDERED that this bankruptcy case and any related adversary proceedings are reassigned to <u>BRUCE T. BEESLEY</u>, Bankruptcy Judge for the District of Nevada.

Dated: 1/3/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court